

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00361-CR

DAMIEN DEMARQUIS HUCKABY                                          APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

## FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
## TRIAL COURT NO. F-2000-1289-C

----------

## MEMORANDUM OPINION[1]

----------

Appellant Damien Demarquis Huckaby attempts to appeal from the trial court's order denying his motion for appointment of counsel to prepare and prosecute a postconviction application for writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2015).

---

[1]*See* Tex. R. App. P. 47.4.

By letter dated October 5, 2016, we notified Appellant of our concern that we may lack jurisdiction over this appeal because this court has no jurisdiction over matters relating to postconviction applications under article 11.07 of the code of criminal procedure, including requests for appointment of counsel.  *See id.*; *Self v. State*, Nos. 02-15-00193-CR, 02-15-00194-CR, 2015 WL 4497727, at *1 (Tex. App.—Fort Worth July 23, 2015, pet. ref'd) (mem. op., not designated for publication).

We notified Appellant that his appeal could be dismissed based on our lack of jurisdiction unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by October 17, 2016.  *See* Tex. R. App. P. 43.2(f), 44.3.  Appellant filed a response but did not provide us with any basis of jurisdiction over his appeal.  Therefore, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; WALKER and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 17, 2016